# EXHIBIT 1

EXHIBIT #1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Sodahead, Inc.



| COPYRIGHTED IMAGE | INFRINGEMENT#1 OF 14 | WEB PAGE CAPTURE |
|---|---|---|
| | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10028625<br><br>Photo Description: Bella Thorne wears a pair of Miu Miu ballet flats as she catches a flight out of Los Angeles.<br><br>Registration Number: UNREGISTERED | Domain: www.sodahead.com<br>URL: http://www.sodahead.com/living/whos-style-would-you-compare-yours-most-to/question-3543173/<br>Observed Date: 04/02/2013 |
| COPYRIGHTED IMAGE | INFRINGEMENT#2 OF 14 | WEB PAGE CAPTURE |
| | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 3024017<br>Date Taken: 07/30/2012<br>Photo Description: Michael Douglas gets into character as Liberace while Matt Damon plays his alleged gay lover on the set of \'Behind the Candelabra\' in LA.<br>Copyright Application Date: 10/23/2012<br>Application Number: 1-834772575<br>Copyright Registration Date: 10/23/2012<br>Registration Number: VA0001836297 | Domain: www.sodahead.com<br>URL: http://www.sodahead.com/entertainment/first-look-at-michael-douglas-and-matt-damon-in-hbos-liberace-biopic-would-you-watch-it/question-2843937/?link=ibaf&q=&source=web<br>Observed Date: 05/15/2013 |
| COPYRIGHTED IMAGE | INFRINGEMENT#3 OF 14 | WEB PAGE CAPTURE |
| | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 3440410<br>Date Taken: 04/08/2013<br>Photo Description: \'Teen Mom\' star Farrah Abraham shows off her beach body while doing a photoshoot for the Poolside Collection bikini line.<br>Copyright Application Date: 05/15/2013<br>Application Number: 1-935882892<br>Copyright Registration Date: 05/15/2013<br>Registration Number: VA0001859843 | Domain: www.sodahead.com<br>URL: http://www.sodahead.com/entertainment/teen-mom-sex-tape-will-farrah-abraham-follow-in-kim-kardashians-footsteps/question-3678831/<br>Observed Date: 05/20/2013 |

EXHIBIT # 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Sodahead, Inc.

| COPYRIGHTED IMAGE | INFRINGEMENT #4 OF 14 | WEB PAGE CAPTURE |
|---|---|---|
| | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 3440410<br>Date Taken: 04/08/2013<br>Photo Description: \"Teen Mom\" star Farrah Abraham shows off her beach body while doing a photoshoot for the Poolside Collection bikini line.<br>Copyright Application Date: 05/15/2013<br>Application Number: 1-935882892<br>Copyright Registration Date: 05/15/2013<br>Registration Number: VA0001859843 | Domain: www.sodahead.com<br>URL: http://www.sodahead.com/entertainment/teen-mom-sex-tape-will-farrah-abraham-follow-in-kim-kardashians-footsteps/question-3678831/?page=2<br>Observed Date: 05/20/2013 |
| COPYRIGHTED IMAGE | INFRINGEMENT #5 OF 14 | WEB PAGE CAPTURE |
| | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 3440410<br>Date Taken: 04/08/2013<br>Photo Description: \"Teen Mom\" star Farrah Abraham shows off her beach body while doing a photoshoot for the Poolside Collection bikini line.<br>Copyright Application Date: 05/15/2013<br>Application Number: 1-935882892<br>Copyright Registration Date: 05/15/2013<br>Registration Number: VA0001859843 | Domain: www.sodahead.com<br>URL: https://www.sodahead.com/entertainment/teen-mom-sex-tape-will-farrah-abraham-follow-in-kim-kardashians-footsteps/question-3678831/?postId=108556765&page=4<br>Observed Date: 05/20/2013 |
| COPYRIGHTED IMAGE | INFRINGEMENT #6 OF 14 | WEB PAGE CAPTURE |
| | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 3440410<br>Date Taken: 04/08/2013<br>Photo Description: \"Teen Mom\" star Farrah Abraham shows off her beach body while doing a photoshoot for the Poolside Collection bikini line.<br>Copyright Application Date: 05/15/2013<br>Application Number: 1-935882892<br>Copyright Registration Date: 05/15/2013<br>Registration Number: VA0001859843 | Domain: www.sodahead.com<br>URL: https://www.sodahead.com/entertainment/teen-mom-sex-tape-will-farrah-abraham-follow-in-kim-kardashians-footsteps/question-3678831/?page=1&postId=108560305<br>Observed Date: 05/20/2013 |

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Sodahead, Inc.

### INFRINGEMENT #7 OF 14

**COPYRIGHTED IMAGE**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3440410
Date Taken: 04/08/2013
Photo Description: \"Teen Mom\" star Farrah Abraham shows off her beach body while doing a photoshoot for the Poolside Collection bikini line.
Copyright Application Date: 05/15/2013
Application Number: 1-935882892
Copyright Registration Date: 05/15/2013
Registration Number: VA0001859843

**WEB PAGE CAPTURE**

Domain: www.sodahead.com
URL: https://www.sodahead.com/entertainment/teen-mom-sex-tape-will-farrah-abraham-follow-in-kim-kardashians-footsteps/question-3678831/?postId=10857421&page=2
Observed Date: 05/20/2013

### INFRINGEMENT #8 OF 14

**COPYRIGHTED IMAGE**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10253083
Date Taken: 04/09/2013
Photo Description: Teen Mom\" star Farrah Abraham takes a walk on the beach.
Copyright Application Date: 05/15/2013
Application Number: 1-935882892
Copyright Registration Date: 05/15/2013
Registration Number: VA0001859843

**WEB PAGE CAPTURE**

Domain: www.sodahead.com
URL: http://www.sodahead.com/entertainment/ex-teen-mom-star-farrah-abraham-admits-to-making-porn-movie-pathetic-or-sad/question-3630671/?page=3
Observed Date: 06/27/2013

### INFRINGEMENT #9 OF 14

**COPYRIGHTED IMAGE**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 79974
Date Taken: 06/21/2012
Photo Description: Jessica Simpson is seen sporting fitness gear after a workout in Los Angeles.
Copyright Application Date: 09/18/2012
Application Number: 1-822849761
Copyright Registration Date: 09/18/2012
Registration Number: VA0001836345

**WEB PAGE CAPTURE**

Domain: www.sodahead.com
URL: http://www.sodahead.com/entertainment/kendra-wilkinson-defends-jessica-simpsons-baby-weight-is-the-public-too-hard-on-her/question-2794671/
Observed Date: 08/29/2013



EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Sodahead, Inc.

**INFRINGEMENT #10 OF 14**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10029595
Photo Description: Jena Malone relaxes behind the scenes of \'Hunger Games Catching Fire\' filming on location in Atlanta.
Registration Number: UNREGISTERED

Domain: www.sodahead.com
URL: http://www.sodahead.com/entertainment/photos-finnick-johanna-beetee-wiress-more-on-catching-fire-set/question-3171191/
Observed Date: 04/03/2013

**INFRINGEMENT #11 OF 14**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 79974
Date Taken: 06/21/2012
Photo Description: Jessica Simpson is seen sporting fitness gear after a workout in Los Angeles.
Copyright Application Date: 09/18/2012
Application Number: 1-822849761
Copyright Registration Date: 09/18/2012
Registration Number: VA0001836345

Domain: www.sodahead.com
URL: http://www.sodahead.com/entertainment/kendra-wilkinson-defends-jessica-simpsons-baby-weight-is-the-public-too-hard-on-her/question-2794671/?page=2#comments
Observed Date: 09/05/2013

**INFRINGEMENT #12 OF 14**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 79974
Date Taken: 06/21/2012
Photo Description: Jessica Simpson is seen sporting fitness gear after a workout in Los Angeles.
Copyright Application Date: 09/18/2012
Application Number: 1-822849761
Copyright Registration Date: 09/18/2012
Registration Number: VA0001836345

Domain: www.sodahead.com
URL: http://www.sodahead.com/entertainment/kendra-wilkinson-defends-jessica-simpsons-baby-weight-is-the-public-too-hard-on-her/question-2794671/?page=3#comments
Observed Date: 09/05/2013

11/04/2013 17:45:15

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Sodahead, Inc.

| COPYRIGHTED IMAGE | INFRINGEMENT#13 OF 14 | WEB PAGE CAPTURE |
|---|---|---|
| | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 79974<br>Date Taken: 06/21/2012<br>Photo Description: Jessica Simpson is seen sporting fitness gear after a workout in Los Angeles.<br>Copyright Application Date: 09/18/2012<br>Application Number: 1-822849761<br>Copyright Registration Date: 09/18/2012<br>Registration Number: VA0001836345 | Domain: www.sodahead.com<br>URL: http://www.sodahead.com/entertainment/kendra-wilkinson-defends-jessica-simpsons-baby-weight-is-the-public-too-hard-on-her/question-2794671/?page=7#comments<br>Observed Date: 09/05/2013 |

| COPYRIGHTED IMAGE | INFRINGEMENT#14 OF 14 | WEB PAGE CAPTURE |
|---|---|---|
| | Photo Owner: Tim Shobe<br>Photo ID Number: 10245306<br>Photo Description: Kayaker nearly swallowed by a whale.<br>Application Number: 1-357578241<br>Copyright Registration Date: 03/18/2010<br>Registration Number: VA0001706606 | Domain: www.sodahead.com<br>URL: http://www.sodahead.com/fun/best-causes-of-the-f-bomb/question-3251835/?link=ibaf&q=&esrc=s<br>Observed Date: 06/27/2013 |

11/04/2013 17:45:15