Craig B. Sanders, Esq. (SBN 284397)
csanders@sanderslawpllc.com
SANDERS LAW, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
*Attorneys for Plaintiffs*
BWP Media USA Inc. d/b/a Pacific Coast News and Tim Shobe

John M. Genga (SBN 125522)
GENGA & ASSOCIATES, P.C.
15260 Ventura Boulevard, Suite 1810
Sherman Oaks, CA 91403
Telephone: (818) 444-4580
Facsimile: (818) 444-4585
*Attorneys for Defendant*
Sodahead, Inc.

**NOTE CHANGES MADE BY THE COURT**

E-FILED 6/9/14

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BWP MEDIA USA INC. d/b/a PACIFIC COAST NEWS and TIM SHOBE,<br><br>Plaintiffs,<br><br>vs.<br><br>SODAHEAD, INC.,<br><br>Defendant. | Case No. CV 13-09225 PSG-PLA<br><br>**STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**<br><br>**Hon. Philip S. Gutierrez** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs, BWP Media USA d/b/a Pacific Coast News and Tim Shobe (collectively "Plaintiffs"), and Defendant, Sodahead, Inc. ("Defendant"), that all claims asserted by Plaintiffs against Defendant in the above-captioned action are dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1
2
3
4
5  SO STIPULATED.

6  Dated: June 4, 2014                    Respectfully submitted,

7                                          SANDERS LAW, PLLC

8                                          By /s/ Craig B. Sanders
9                                             Craig B. Sanders, Esq.

10                                         Attorneys for Plaintiffs
                                           BWP Media USA Inc.
11                                         d/b/a Pacific Coast News and Tim Shobe

12
13 Dated: June 4, 2014                    GENGA & ASSOCIATES, P.C.

14                                         By /s/ John M. Genga
                                              John M. Genga, Esq.
15                                         Attorneys for Defendant
                                           Sodahead, Inc.
16
17

18                                         **IT IS SO ORDERED.**

19                                         **DATED:** 6/9/14

20
21                                         _____
22                                         **U.S. DISTRICT JUDGE**

23
24
25
26
27
28