Craig B. Sanders, Esq. (SBN 284397)
csanders@sanderslawpllc.com
SANDERS LAW, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
*Attorneys for Plaintiffs*
BWP Media USA Inc. d/b/a Pacific Coast News and Tim Shobe

E-FILED: 06-18-2014

CLOSED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BWP MEDIA USA INC. d/b/a PACIFIC COAST NEWS and TIM SHOBE,<br><br>Plaintiffs,<br><br>vs.<br><br>SODAHEAD, INC.,<br><br>Defendant. | Case No. CV 13-09225 PSG-PLA<br><br>**[PROPOSED] ORDER IN SUPPORT OF STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**<br><br>**Hon. Philip S. Gutierrez** |

Before the Court is the Parties' Stipulated Notice of Voluntary Dismissal with Prejudice. Having carefully considered the papers filed in support of the instant Stipulation, and for good cause shown, the Court **GRANTS** the Parties' Stipulation as follows:

The above-captioned action shall be dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED**

Dated: June 18, 2014

 PHILIP S. GUTIERREZ

**HON. PHILIP S. GUTIERREZ**
United States District Court Judge

-1-